Richie Woodbridge, Appellant, v. A. M. Thrasher and B. A. Howard, Appellees.

An appeal from an Order of the Circuit Court within and for the County of Seminole.

Cases Dismissed Without Written Opinion.

Appeal dismissed on motion of counsel for appellees at costs of appellant.

Hilburn & Merryday, for Appellant;

Wilson & Householder, for Appellees.